**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2178**

———————

In Re:  ELLEN D. TRUSTY,

                                                          Debtor.

------------------------

TERRY TRUSTY,

                                        Plaintiff - Appellant,

ELLEN D. TRUSTY,

                                        Debtor - Appellant,

          versus

STEPHEN  D.  JONES;  PATRICIA  A.  MCKENZIE;
DAMASCUS COMMUNITY BANK,

                                     Defendants - Appellees,

          and

GERARD RICHARD VETTER,

                                                          Trustee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
05-1411-JFM; BK-01-51942; AP-01-5148)

———————

Submitted:  September 29, 2006      Decided:  November 14, 2006

———————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Terry Trusty, Ellen D. Trusty, Appellants Pro Se.   Stephen D. Jones, Appellee Pro Se; Thomas J. Althauser, ECCLESTON & WOLF, Baltimore, Maryland; Gary A. Rosen, Rockville, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders affirming the bankruptcy court's orders denying relief in their action alleging fraud by the Defendants and seeking to reinstate a previous contract the Trustys had with Jones. We have reviewed the record and decisions of the bankruptcy court and the district court and find no reversible error. Accordingly, we affirm for the reasons stated by the lower courts. <u>See</u> <u>Trusty v. Jones</u>, Nos. CA-05-1411-JFM; BK-01-51942; AP-01-5148 (D. Md. July 18, 2005; Sept. 15, 2005). We deny the Trustys' motion for a stay and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>